**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 138 EAL 2017
                                    :
          Respondent         :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
          v.                :
                                    :
                                    :
LONDON LINTON,                   :
                                    :
          Petitioner          :


## ORDER


**PER CURIAM**

      **AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.